UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EDWARD WAYNE BRADLEY,

                Plaintiff,

    -against-

R.E. MANAGEMENT, R.E. BUILDERS,

STEVEN KESSNER, and
ANITA BENITEZ,

                Defendants,
----------------------------------------------------------X

06 CIV. 15383

Index No. 07-cv-15383
(DC)(RE)

**STIPULATION OF DISCONTINUANCE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this Action, through the undersigned counsel, that the above-entitled action be and the same hereby is discontinued with prejudice, without costs to either party as against the other. This Stipulation may be filed without notice with the Clerk of the Clerk.

Dated: ~~October~~ November 14, 2007
       New York, New York

THE LEGAL AID SOCIETY

_____
Steven Banks, Attorney-in-Chief
Adriene Holder, Attorney-in-Charge, Civil Practice
Christopher Lamb, Attorney-in-Charge
Employment Law Project
199 Water Street
New York, New York 10038
(212)577-3626

By:   Amy M. Hong, Of Counsel

SOLOTOFF & SOLOTOFF

_____
P.O. Box 4686
Great Neck, NY 11023
(516)466-5522

By: Lawrence Solotoff, Esq.

So Ordered:

_____
HONORABLE JUDGE DENISE COTE

November 19, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```